# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund, et al. | ) |
| Plaintiffs, | ) CIVIL ACTION |
| v. | ) No.: 19-CV-02070 |
| Brian Burke, individually and Burkes Hauling, Inc., an Illinois corporation, | ) Judge Virginia M. Kendall |
| | ) Magistrate Judge: Maria Valdez |
| Defendants. | ) |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Midwest Operating Engineers Retirement Enhancement Fund, Operating Engineers Local 150 Apprenticeship Fund, Local 150 IUOE Vacation Savings Plan (together "the Funds"), Construction Industry Research and Service Trust Fund ("CRF"), and International Union of Operating Engineers, Local 150, AFL-CIO, ("Local 150") (collectively "the Plaintiffs"), move pursuant to Rule 55, Fed. R. Civ. P. for entry of judgment by default against Defendants, Burkes Hauling, Inc., an Illinois corporation and Brian Burke, individually. In support of their motion, Plaintiffs state as follows:

1. On March 26, 2019, the Plaintiffs filed this action pursuant to § 301 of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 185; and the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1132, 1145, for claims brought by the Plaintiffs.

2. On April 17, 2018, Brian Burke, individually and Burkes Hauling executed a Payment Plan Agreement. In the Agreement, Burkes Hauling agreed to make installment

payments of the delinquent sums that it owed the Funds, the Union, and CRF. Brian Burke agreed to be personally liable for such payments. Both Burkes Hauling and Brian Burke have breached the Payment Plan and become delinquent in the submission of reports and contributions due to the Funds and CRF, and reports, dues and PAC monies to the Union.

3. On April 3, 2019, the Plaintiffs filed a First Amended Complaint, adding "Burke's Hauling" as a Defendant.

4. On April 24, 2019, the Plaintiffs filed a Second Amended Complaint correcting the name of the Defendant to "Burkes Hauling."

5. On April 26, 2019, the Plaintiffs served Brian Burke with the Alias Summons and Second Amended Complaint. Brian Burke's answers were due on or before May 17, 2019. On June 15, 2019, the Plaintiffs served Burke Hauling with an Alias Summons and Second Amended Complaint. Service was perfected and the company's answers were due on July 5, 2019. To date, neither Defendant has answered or otherwise pled in response to the Second Amended Complaint.

6. After numerous exchanges in the course of this lawsuit, the Funds and CRF have successfully completed an audit, and the amounts found to be due in the audit have been added to the existing debt owed by Burkes Hauling and Brian Burke, individually. Likewise, the Union has calculated additional sums due in the form of administrative dues based on the audit.

7. As of the date of this motion, the Funds and CRF are owed a combined total of $399,417.00 in contributions, liquidated damages, and interest (*see* Certification of Thomas Bernstein attached hereto as Exhibit A). Local 150 is owed $6,897.61 in dues and PAC monies (*see* Certification of Alicia Schnell attached hereto as Exhibit B). Plaintiffs have expended $22,033.21 in attorneys' fees and $889.46 in costs (*see* Certification of Dale D. Pierson attached hereto as Exhibit C).

WHEREFORE, the Funds, CRF and Local 150 respectfully request that this Court enter judgment by default against Defendants Burkes Hauling, Inc.; an Illinois corporation, and Brian Burke, individually, and in favor of the Funds and CRF in the amount of $399,417.00; in favor of Local 150 in the amount of $6,897.61; and in favor of Plaintiffs in the amount of $22,922.67 for attorneys' fees and costs.

Dated: February 12, 2020                                   Respectfully submitted,


                                                    By:   /s/ Elizabeth A. LaRose
                                                          One of the Attorneys for Plaintiffs


Attorney for Local 150:                         Attorneys for the Funds and CRF:

Dale D. Pierson (*dpierson@local150.org*)       Elizabeth A. LaRose *(elarose@local150.org)*
IUOE Local 150 Legal Dept.                      Brad H. Russell *(brussell@local150.org)*
6140 Joliet Road                                Institute for Worker Welfare, P.C.
Countryside, Illinois 60525                     6141 Joliet Road
Ph: (708) 579-6663                              Countryside, IL 60525
Fx: (708) 588-1647                              Ph: (708) 579-6613
                                                Fx: (708) 588-1647

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing *Motion for Entry of Default and Judgment* to be served upon the following via UPS Overnight Delivery, personal service and via email to Brian Burke brianburke@martam.com on February 12, 2020:

| | |
|---|---|
| Burkes Hauling, Inc. | Brian Michael Burke |
| c/o Brian Michael Burke | c/o Burkes Hauling, Inc. |
| Registered Agent | 625 Brickville Road |
| 625 Brickville Road | Sycamore, IL 60178 |
| Sycamore, IL 60178 | Email: brianburke@martam.com |

By: /s/ Elizabeth LaRose
One of the Attorneys for Plaintiffs